**NOXA** — *Characters Featured in Steal a Brainrot*

## 1. Tung Tung Tung Sahur

 

## 2.  Tob Tobi Tob





### 3. Brr Es Teh Patipum







## 4. Pakrahmatmamat







## 5. La Esok Sekolah







### 6.   U Din Din Din Din Dun Ma Din Din Din Dun









**7. Garamararambraraman dan Madudungdung tak tuntung perkuntung**







# Breno (ofscabreno)

*— Characters Featured in Steal a Brainrot*

## 1.  Boneca Ambalabu







## 2. Il Cacto Hipopotamo







### 3.  Brr Brr Patapim







## 4. Malamé Amaralé







## 5. Frigo Camelo









## 6. Ecco Cavallo Virtuoso









## 7. Tre Tigri Triste





## 8. Giraffa Celeste







## 9.  Trenostruzzo Turbo 3000







## 10. La Vacca Saturno Saturnita





