United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| SPYDER GAMES LLC, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>MEMENTUM LAB,<br><br>   Defendants. | Case No.  25-cv-10248-NW<br><br>**CASE-MANAGEMENT AND PRETRIAL ORDER (JURY)** |

The Court reviewed the joint case-management conference statement on and issues this case-management and pretrial order. May 26, 2026 Case Management Conference is VACATED.

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| Scheduled Event | Date |
|---|---|
| Deadline to Complete ADR:<br> [ ]  Court-sponsored mediation<br> [ ] Court-sponsored ENE<br> [ ] Mag. Judge Settlement Conf.<br> [x]  Private mediation<br> [ ] Private arbitration<br> [ ]  Other: | July 30, 2027 |
| Close of Fact Discovery | March 26, 2027 |
| Opening Expert Reports | April 23, 2027 |
| Rebuttal Expert Reports | May 21, 2027 |

| Close of Expert Discovery | June 11, 2027 |
|---|---|
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: July 02, 2027<br>**Responses**: July 16, 2027<br>**Replies**: July 23, 2027 |
| Hearing on Dispositive and *Daubert* Motions | August 25, 2027 at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | October 06, 2027 |
| Final Pretrial Conference | October 20, 2027 at 2:00 p.m. |
| Trial | November 08, 2027 at 9:00 a.m. |
| Length of trial | 7 days |

**IT IS SO ORDERED.**

Dated: May 15, 2026

_____
Noël Wise
United States District Judge