GREGG A. MARTIN (SBN 135685)
GMartin@ggfirm.com
STEVEN A. STEIN (SBN 287401)
SStein@ggfirm.com
ANDREW P. LUX (SBN 345915)
ALux@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067
Telephone:    310-553-3610
Facsimile:    310-553-0687

Attorneys for Defendant and Counterclaimant MEMENTUM
LAB SAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPYDER GAMES LLC, a Louisiana limited liability company; and SPEEDY SIMULATOR GAMING, LLC, a Wyoming limited liability company,<br><br>Plaintiffs and Counter-Defendants,<br><br>v.<br><br>MEMENTUM LAB SAS, a French company,<br><br>Defendant and Counterclaimant. | Case No. 5:25-cv-10248-NW<br><br>**DECLARATION OF STEVEN A. STEIN IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT'S MOTION TO DISMISS PLAINTIFFS' CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION UNDER FEDERAL RULES 12(B)(1) AND 12(H)(3)**<br><br>Hon. Noël Wise<br><br>Date: September 16, 2026<br>Time: 9:00 a.m.<br>Courtroom: 3<br><br>[*Filed concurrently with Notice of Motion and Motion to Dismiss; Declaration of Matthieu Quiniou; and [Proposed] Order*] |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

56669-00002/8066804.2

## DECLARATION OF STEVEN A. STEIN

I, Steven A. Stein, declare:

1.     I am an attorney at law, duly admitted to practice before all courts in the State of California. I am a partner at Greenberg Glusker Fields Claman & Machtinger LLP, attorneys of record for Defendant and Counterclaimant Mementum Lab SAS ("Defendant"). I make this declaration in support of Defendant's motion to dismiss Plaintiffs and Counter-Defendants Spyder Games, LLC and Speedy Simulator Gaming, LLC's ("Plaintiffs") Complaint for lack of subject matter jurisdiction. The statements contained herein are based on my own personal knowledge and, if called as a witness, I would testify competently to their contents.

2.     On May 21, 2026, I sent a letter to counsel for Plaintiffs in which I attached a Covenant Not to Sue issued by Defendant effective May 21, 2026, and asked Plaintiffs to dismiss their Complaint for lack of subject matter jurisdiction. A true and correct of copy of my letter attaching the Covenant Not to Sue is attached as **Exhibit 1**.

3.     On May 27, 2026, Plaintiffs' counsel sent me a letter asking questions about the scope of the Covenant Not to Sue to evaluate Defendant's request. A true and correct copy of this letter is attached as **Exhibit 2**.

4.     On May 28, 2026, I sent an email to Plaintiffs' counsel responding to his questions. A true and correct copy of this email is attached as **Exhibit 3**.

5.     On May 30, 2026, Plaintiffs' counsel responded to my email by writing that Plaintiffs intended to seek leave to amend their Complaint. A true and correct copy of this letter is attached as **Exhibit 4**.

///

///

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

6.      On June 1, 2026, I responded that Defendant intended to move forward with its motion to dismiss. A true and correct copy of my email is attached as **Exhibit 5**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of June, 2026, at Los Angeles, California.

_____

STEVEN A. STEIN

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

56669-00002/8066804.2

3