GREGG A. MARTIN (SBN 135685)
GMartin@ggfirm.com
STEVEN A. STEIN (SBN 287401)
SStein@ggfirm.com
ANDREW P. LUX (SBN 345915)
ALux@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone:    310-553-3610
Facsimile:    310-553-0687

Attorneys for Defendant and Counterclaimant MEMENTUM
LAB SAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPYDER GAMES LLC, a Louisiana limited liability company; and SPEEDY SIMULATOR GAMING, LLC, a Wyoming limited liability company, | Case No. 5:25-cv-10248-NW |
| | **DECLARATION OF MATTHIEU QUINIOU IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' CLAIMS FOR LACK OF SUBJECT MATTER JURSIDICTION UNDER FEDERAL RULES 12(B)(1) AND 12(H)(3)** |
| Plaintiffs and Counter-Defendants, | |
| v. | |
| MEMENTUM LAB SAS, a French company, | Hon. Noël Wise |
| Defendant and Counterclaimant. | Date: July 8, 2026<br>Time: 9:00 a.m.<br>Courtroom: 3 |
| | [*Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; and Declaration of Steven A. Stein*] |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

56669-00002/8066823.2

## DECLARATION OF MATTHIEU QUINIOU

I, Matthieu Quiniou, declare:

1.     I am an attorney at law duly admitted to practice in France. I am a partner at the French law firm D&A Partners, attorneys for Defendant and Counterclaimant Mementum Lab SAS ("Mementum"), and am also an interest holder in Mementum. I make this declaration in support of Mementum's motion to dismiss Plaintiffs and Counter-Defendants Spyder Games, LLC and Speedy Simulator Gaming, LLC's ("Plaintiffs") Complaint for lack of subject matter jurisdiction. The statements contained herein are based on my own personal knowledge and, if called as a witness, I would testify competently to their contents.

2.     Mementum is a French startup that is the exclusive representative of creators of the most popular brainrot character in the world and has acquired the exclusive rights to those characters.

3.     "Brainrot" characters are a genre of absurd, surrealist characters born from content creators that became wildly popular with Gen Alpha starting in early 2025. Drawing on inspiration from memes, politics and culture, individual content creators invented a universe of such characters, typically by combining objects, animals and human features. Many of the characters have extensive backstories and interact with other brainrot characters.

4.     Tung Tung Sahur is an iconic brainrot character to which Mementum holds exclusive intellectual property rights, including a registered trademark in the name and image of the character in France.

5.     As a startup with limited resources, Mementum has focused to date on enforcing its rights in its characters in Europe.

6.     Plaintiffs own one of the most popular games in the world, *Steal a Brainrot* (the "Game"), which is hosted on the platform Roblox. Plaintiffs used Tung Tung Sahur in their Game without Mementum's consent. On September 3, 2025, I sent Plaintiffs a cease-and-desist letter requesting that they remove Tung Tung Sahur from the Game because their use of the character violated Mementum's intellectual property rights under French and international law. A true and correct copy of the cease-and-desist letter is attached as **Exhibit 1**.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

7.      After I sent my letter, Plaintiffs removed Tung Tung Sahur from the Game and engaged in negotiations to license Tung Tung Sahur and other brainrot characters from Mementum. The parties were unable to reach an agreement as to the scope of the license. When negotiations hit a stalemate, Plaintiffs filed this lawsuit and reintroduced Tung Tung Sahur into the Game without permission on or around January 13, 2026.

8.      On April 8, 2026, I submitted a takedown request under the European Union's Digital Services Act to Roblox Corporation ("Roblox") in Europe as to certain brainrot characters for which Mementum is the exclusive rights holder that Plaintiffs used without permission in their Game. As part of this request, Mementum asserted that the Game infringed its registered trademark in the name and image of Tung Tung Sahur in France. A true and correct copy of this request is attached as **Exhibit 2**.

9.      On May 1, 2026, Roblox responded that: "We confirm that the content identified in your trademark claim has been removed." A true and correct of Roblox's email is attached as **Exhibit 3**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of June, 2026, at Paris, France.

Signé par :

97DF5DCA74D44D1...

MATTHIEU QUINIOU

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

56669-00002/8066823.2

3

DECLARATION OF MATTHIEU QUINIOU
IN SUPPORT OF MOTION TO DISMISS
5:25-CV-10248-NW