AARON J. MOSS (190625)
aaron.moss@msk.com
JOSHUA M. GELLER (295412)
josh.geller@msk.com
ARIANA T. ADDO-YOBO (363119)
ata@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs,
SPYDER GAMES LLC and
SPEEDY SIMULATOR GAMING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPYDER GAMES LLC, a Louisiana limited liability company; and SPEEDY SIMULATOR GAMING, LLC, a Wyoming limited liability company,<br><br>      Plaintiffs and Counter-Defendants,<br><br>      v.<br><br>MEMENTUM LAB, a French company,<br><br>      Defendant and Counterclaimant. | CASE NO.   5:25-CV-10248-NW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS AND COUNTER-DEFENDANTS' MOTION TO DISMISS MEMENTUM LAB'S FIRST AMENDED COUNTERCLAIMS PURSUANT TO FRCP 12(B)(6)**<br><br>Hon. Noël Wise<br><br>Date:        September 16, 2026<br>Time:        9:00 a.m.<br>Courtroom:   3<br><br>*[Filed concurrently with Motion to Dismiss]* |

**[PROPOSED] ORDER**

Mitchell
Silberberg &
Knupp LLP

21345225.1

## [PROPOSED] ORDER

Plaintiffs and Counter-Defendants Spyder Games LLC and Speedy Simulator Gaming, LLC's ("Plaintiffs") Motion to Dismiss the First Amended Counterclaims filed by Defendant and Counterclaimant Mementum Lab came on for hearing on September 16, 2026, in Courtroom 3 of the above-entitled Court, the Honorable Noël Wise presiding. Appearances were reflected on the record. The Court, having considered the motion and all supporting moving papers, the opposition papers, and the reply thereto, and the oral argument presented at the hearing, and for good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs and Counter-Defendants' Motion to Dismiss is GRANTED.

2. The Counterclaims are dismissed with prejudice.

_____

Honorable Noël Wise
United States District Court Judge

Mitchell
Silberberg &
Knupp LLP

21345225.1