AARON J. MOSS (190625)
aaron.moss@msk.com
JOSHUA M. GELLER (295412)
josh.geller@msk.com
ARIANA T. ADDO-YOBO
ata@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs
SPYDER GAMES LLC and
SPEEDY SIMULATOR GAMING, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SPYDER GAMES LLC, a Louisiana limited liability company; and SPEEDY SIMULATOR GAMING, LLC, a Wyoming limited liability company,<br><br>Plaintiffs and Counter-Defendants,<br><br>v.<br><br>MEMENTUM LAB, a French company,<br><br>Defendant and Counterclaimant. | CASE NO. 5:25-cv-10248-NW<br><br>**DECLARATION OF AARON J. MOSS IN SUPPORT OF PLAINTIFFS AND COUNTER-DEFENDANTS' OPPOSITION TO MEMENTUM'S MOTION TO DISMISS CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Hon. Noël Wise<br><br>Date:          September 16, 2026<br>Time:         9:00 a.m.<br>Courtroom:  3 |

CASE NO. 5:25-CV-10248-NW

**DECLARATION OF AARON J. MOSS ISO PLAINTIFFS AND COUNTER-DEFENDANTS' OPPOSITION TO MEMENTUM'S MOTION TO DISMISS**

I, Aaron J. Moss, declare:

1.    I am an attorney at law, duly licensed to practice law in the State of California and before the United States District Court for the Northern District of California. I am, through my professional corporation, a partner in the law firm of Mitchell Silberberg and Knupp LLP, attorneys of record for Plaintiffs and Counter-Defendants Spyder Games LLC and Speedy Simulator Gaming, LLC (collectively, "Plaintiffs") in the above-captioned action. The facts set forth herein are of my own personal knowledge and if sworn I could and would testify competently thereto under oath. I submit this declaration in support of the concurrently filed Opposition to Defendant and Counterclaimant Mementum Lab's ("Mementum") Motion to Dismiss Plaintiffs' Claims for Lack of Subject Matter Jurisdiction.

2.    On May 21, 2026, Mementum delivered to Plaintiffs a "Covenant Not to Sue" (the "Covenant"). A true and correct copy of the Covenant, including the accompanying "Exhibit A," is attached as Exhibit 1 to the prior-filed Declaration of Steven Stein (Dkt. No. 28) (the "Stein Declaration").

3.    On May 27, 2026, I sent a letter to Mementum's counsel seeking clarification on the scope of the Covenant, noting that its terms were ambiguous as to whether it released only Plaintiffs' use of the "brainrot" characters (the "Characters") within the video game *Steal a Brainrot* (the "Game"), and asking Mementum to confirm whether the Covenant extended to any use of the Characters in any other product, platform, or medium. A true and correct copy of my May 27, 2026 letter is attached as Exhibit 2 to the Stein Declaration.

4.    On May 28, 2026, I received an email from Mementum's counsel, Steven Stein, indicating that the Covenant is limited to the "brainrot characters identified in Attachment A to the covenant" and to "future or modified versions of the Game." A true and correct copy of Mr. Stein's May 28, 2026 email is attached as Exhibit 3 to the Stein Declaration.

5.    On May 30, 2026, I wrote a further letter to Mementum's counsel explaining that the Covenant does not cover the full scope of Plaintiffs' current and imminently planned uses of the Characters, which includes merchandise. To remove any ambiguity, I requested in the letter that

2    CASE NO. 5:25-CV-10248-NW

**DECLARATION OF AARON J. MOSS ISO PLAINTIFFS AND COUNTER-DEFENDANTS' OPPOSITION TO MEMENTUM'S MOTION TO DISMISS**

Mementum stipulate to an amendment of the Complaint that makes explicit Plaintiffs' use of the Characters outside the Game, including in merchandise, and the controversy over those uses. A true and correct copy of my letter is attached as Exhibit 4 to the Stein Declaration.

6.      Mementum has declined to broaden the Covenant. Mementum's counsel has also declined Plaintiffs' request for a stipulation to an amendment of Plaintiffs' Complaint clarifying the scope of Plaintiffs' use. A true and correct copy of my June 18, 2026 email correspondence with Mr. Stein requesting a stipulation to amend Plaintiffs' complaint, and his June 22, 2026 response denying this request, is attached hereto as **Exhibit A**. Accordingly, concurrently with their Opposition, Plaintiffs are filing a Motion for Leave to Amend.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 24th day of June, 2026 at Los Angeles, California.

_____
AARON J. MOSS

**DECLARATION OF AARON J. MOSS ISO PLAINTIFFS AND COUNTER-DEFENDANTS' OPPOSITION TO MEMENTUM'S MOTION TO DISMISS**

Mitchell Silberberg & Knupp LLP