# EXHIBIT A

EXHIBIT A

| | |
|---|---|
| **From:** | Stein, Steven |
| **To:** | Moss, Aaron; Lux, Andrew |
| **Cc:** | Geller, Josh; Addo-Yobo, Ariana |
| **Subject:** | [EXTERNAL] RE: Spyder v. Mementum - Proposed First Amended Complaint |
| **Date:** | Monday, June 22, 2026 1:23:10 PM |

Hi Aaron,

Thanks, and hope you had a nice weekend. We've given your request careful consideration, do not believe the standard for permitting leave to amend is satisfied (or that these claims should survive a motion to dismiss if leave to amend is granted), and therefore are not inclined to stipulate to leave to amend. Thanks.

Best,

Steve

**Steven A. Stein**
Attorney At Law
sstein@greenbergglusker.com
D: 310.785.6871
View Bio

**GREENBERG GLUSKER LLP**
2049 Century Park East, Suite 2600
Los Angeles, CA 90067
greenbergglusker.com

This message is intended solely for the use of the addressee(s) and is intended to be privileged and confidential within the attorney client privilege. If you have received this message in error, please immediately notify the sender at Greenberg Glusker and delete all copies of this email message along with all attachments. Thank you.

---

**From:** Moss, Aaron <ajm@msk.com>
**Sent:** Thursday, June 18, 2026 4:48 PM
**To:** Stein, Steven <sstein@greenbergglusker.com>; Lux, Andrew <alux@greenbergglusker.com>
**Cc:** Geller, Josh <jxg@msk.com>; Addo-Yobo, Ariana <ata@msk.com>
**Subject:** RE: Spyder v. Mementum - Proposed First Amended Complaint

Attached.



**Aaron J. Moss | Partner, through his professional corporation**
T: 310.312.3167 | aaron.moss@msk.com

**Mitchell Silberberg & Knupp LLP | www.msk.com**
2049 Century Park East, 18th Floor, Los Angeles, CA 90067

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Stein, Steven <sstein@greenbergglusker.com>
**Sent:** Thursday, June 18, 2026 4:06 PM
**To:** Moss, Aaron <ajm@msk.com>; Lux, Andrew <alux@greenbergglusker.com>
**Cc:** Geller, Josh <jxg@msk.com>; Addo-Yobo, Ariana <ata@msk.com>
**Subject:** [EXTERNAL] RE: Spyder v. Mementum - Proposed First Amended Complaint

Thanks, Aaron. Would it be possible to provide us a redline to assist with our review? I believe you would also need to provide this in connection with filing the motion. Thanks.

**Steven A. Stein**
Attorney At Law
sstein@greenbergglusker.com
D: 310.785.6871
View Bio

**GREENBERG GLUSKER LLP**
2049 Century Park East, Suite 2600
Los Angeles, CA 90067
greenbergglusker.com

This message is intended solely for the use of the addressee(s) and is intended to be privileged and confidential within the attorney client privilege. If you have received this message in error, please immediately notify the sender at Greenberg Glusker and delete all copies of this email message along with all attachments. Thank you.

**From:** Moss, Aaron <ajm@msk.com>
**Sent:** Thursday, June 18, 2026 4:03 PM
**To:** Stein, Steven <sstein@greenbergglusker.com>; Lux, Andrew <alux@greenbergglusker.com>
**Cc:** Geller, Josh <jxg@msk.com>; Addo-Yobo, Ariana <ata@msk.com>
**Subject:** Spyder v. Mementum - Proposed First Amended Complaint

Dear Counsel,

Attached is a [Proposed] First Amended Complaint. You'll see that it adds detail regarding the scope of Plaintiffs' use of the brainrots, including the merchandise Plaintiffs sell and the additional characters Mementum claims through Alexey Pigeon and Choppow in its Amended Counterclaims.

Will Mementum stipulate to the filing? If not, we'll move for leave, and given the early stage of the case I'd expect that to be straightforward—but I'd rather not burden the Court with motion practice if we can avoid it. Let me know.

Best,

Aaron



**Aaron J. Moss** | **Partner, through his professional corporation**
T: 310.312.3167 | aaron.moss@msk.com

**Mitchell Silberberg & Knupp LLP** | **www.msk.com**
2049 Century Park East, 18th Floor, Los Angeles, CA 90067

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.