AARON J. MOSS (190625)
aaron.moss@msk.com
JOSHUA M. GELLER (295412)
josh.geller@msk.com
ARIANA T. ADDO-YOBO
ata@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs
SPYDER GAMES LLC and
SPEEDY SIMULATOR GAMING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPYDER GAMES LLC, a Louisiana limited liability company; and SPEEDY SIMULATOR GAMING, LLC, a Wyoming limited liability company, <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> MEMENTUM LAB, a French company, <br><br> Defendant and Counterclaimant. | CASE NO. 5:25-cv-10248-NW <br><br> **DECLARATION OF JUSTIN PERESS IN SUPPORT OF PLAINTIFFS AND COUNTER-DEFENDANTS' OPPOSITION TO MOTION TO DISMISS CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION** <br><br> Hon. Noël Wise <br><br> Date: September 16, 2026 <br> Time: 9:00 a.m. <br> Courtroom: 3 |

CASE NO. 5:25-CV-10248-NW

**DECLARATION OF JUSTIN PERESS ISO PLAINTIFFS AND COUNTER-DEFENDANTS' OPPOSITION TO MEMENTUM'S MOTION TO DISMISS**

I, Justin Peress, declare:

1.    I am the Chief Financial Officer of Mobile Game Advertising & More, Inc. dba Do Big Studios ("Do Big").  Do Big is the owner of Plaintiff and Counter-Defendant in this case, Speedy Simulator Gaming, LLC, one of the two owners of the game *Steal a Brainrot* (the "Game") on the Roblox platform.  (Spyder Games LLC and Speedy Simulator Gaming, LLC are collectively referred to herein as "Plaintiffs.")  In my role as Chief Financial Officer of Do Big, I am familiar with Plaintiffs' development and distribution of the Game and the related licensing and merchandising activities, and their negotiations with Defendant and Counterclaimant Mementum Lab ("Mementum").  I submit this declaration in support of the concurrently filed Opposition to Mementum's Motion to Dismiss Plaintiffs' Claims for Lack of Subject Matter Jurisdiction.  The facts set forth herein are of my own personal knowledge and if sworn I could and would testify competently thereto under oath.

2.    On or around May 16, 2025, Plaintiffs released the Game on the Roblox platform. Plaintiffs later licensed versions of the Game that are now published on other platforms, including on the Epic Games platform, and have entered into additional licensing agreements for releases of the Game on other platforms.

3.    The Game depicts numerous viral "brainrot" characters, including a brainrot character known as "Tung Tung Sahur" and dozens of other brainrot characters that Mementum claims to own or control (collectively, the "Characters").

4.    Plaintiffs also operate a licensed-merchandise program under the *Steal a Brainrot* brand, selling physical products depicting the Characters through major retailers, including Amazon, Target, Walmart, and Hot Topic.  Those products include collectible minifigures, graphic t-shirts, and sticker sets.

5.    For example, Plaintiffs have sold and continue to offer *Steal a Brainrot*-branded collectible minifigures depicting various Characters, including the character known as "La Vacca Saturno Saturnita," which I understand Mementum has expressly claimed to own in this case. These minifigures are manufactured under license by a third-party and have been sold through

**DECLARATION OF JUSTIN PERESS ISO PLAINTIFFS AND COUNTER-DEFENDANTS' OPPOSITION TO MEMENTUM'S MOTION TO DISMISS**

major retailers including Amazon, Hot Topic, and Toywiz.com.  True and correct copies of images of the packaging for such minifigures are shown below.



6.     Plaintiffs also have sold and continue to offer graphic t-shirts depicting various Characters, including the character known as "Chimpanzini Bananini," which I understand Mementum has expressly claimed to own in this case.  These graphic t-shirts have been sold through major retailers such as Target.  A true and correct copy of an image of such a t-shirt is shown below.



7.     Plaintiffs also have sold and continue to offer sticker sets depicting various Characters.  These include "Tung Tung Sahur"—the same character identified in Mementum's September 3, 2025 cease-and-desist demand—as well as other characters that I understand Mementum has expressly claimed to own in this case, such as "Cappuccino Assassino" and

**DECLARATION OF JUSTIN PERESS ISO PLAINTIFFS AND COUNTER-DEFENDANTS' OPPOSITION TO MEMENTUM'S MOTION TO DISMISS**

"Chimpanzini Bananini." These sticker sets are sold through authorized retailers, including Toywiz.com and TheToyTemple.com. A true and correct copy of an image of Plaintiffs' sticker set is shown below.

 



8.     Plaintiffs have taken concrete steps toward selling additional licensed products, including apparel, accessories, stationery, costumes, slime, and trading cards. Plaintiffs have entered into binding Merchandising License Agreements authorizing the licensing, manufacture, marketing, and sale of these products, and are actively working with their licensees to review and

4     CASE NO. 5:25-CV-10248-NW

**DECLARATION OF JUSTIN PERESS ISO PLAINTIFFS AND COUNTER-DEFENDANTS' OPPOSITION TO MEMENTUM'S MOTION TO DISMISS**

approve (and have approved) product designs, artwork, branding elements, packaging, samples, and prototypes for the planned product lines.

9. Plaintiffs' exploitation of the Characters further extends beyond the Game and its merchandise to motion-picture and other audiovisual adaptations. Plaintiffs have entered into a development arrangement for a feature film based on the Game and its characters, which was publicly announced in January 2026, and they anticipate further agreements for the development, production, and distribution of one or more motion pictures and other audiovisual works derived from the Game and its characters. These exploitations, like Plaintiffs' merchandise, are squarely within the dispute between the parties concerning Plaintiffs' right to use the Characters free of Mementum's asserted copyright claims.

10. On September 3, 2025, Plaintiffs received a cease-and-desist demand from Mementum's French counsel asserting "intellectual property" rights in the character Tung Tung Sahur. A copy of this cease-and-desist letter was attached as Exhibit 1 to the prior-filed Declaration of Matthieu Quiniou (Dkt. No. 29).

11. Between September and November 2025, the parties engaged in negotiations for a business solution that would resolve Mementum's claims and define Plaintiffs' right to use the Characters. Throughout those negotiations, Plaintiffs made clear that they use and intended to use the Characters Mementum claims to own outside the Game, including in derivative works, in versions of the Game on other platforms, and in merchandise and related products. For example, Plaintiffs' initial written proposal sent to Mementum in October 2025, sought the right to use, display, and distribute those Characters within the Game, in derivative games, and in related products.

12. Mementum's own November 2025 term sheet addressed uses extending well beyond the Game. It proposed terms covering not only in-Game use of Characters but also their exploitation in additional categories, including merchandise, audiovisual works (including films and animated shorts), and other products, as well as licenses to Plaintiffs' third-party partners. During these negotiations, Mementum also warned of potential legal action against Plaintiffs'

Mitchell
Silberberg &
Knupp LLP

5                    CASE NO. 5:25-CV-10248-NW
**DECLARATION OF JUSTIN PERESS ISO PLAINTIFFS AND COUNTER-
DEFENDANTS' OPPOSITION TO MEMENTUM'S MOTION TO DISMISS**

partners who had been licensed to use the *Steal a Brainrot* property, which includes the Characters. An actual dispute thus exists concerning Plaintiffs' right to use the Characters outside the Game—including in merchandise, on other platforms, and in other media—free of Mementum's asserted copyright claims.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 24th day of June, 2026 at Montreal, Quebec.

Signed by:

*Justin Peress*
—91646915FF974C4...

JUSTIN PERESS

Mitchell
Silberberg &
Knupp LLP

21703002.6

6    CASE NO. 5:25-CV-10248-NW

**DECLARATION OF JUSTIN PERESS ISO PLAINTIFFS AND COUNTER-DEFENDANTS' OPPOSITION TO MEMENTUM'S MOTION TO DISMISS**