AARON J. MOSS (190625)
aaron.moss@msk.com
JOSHUA M. GELLER (295412)
josh.geller@msk.com
ARIANA T. ADDO-YOBO
ata@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs
SPYDER GAMES LLC and
SPEEDY SIMULATOR GAMING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPYDER GAMES LLC, a Louisiana limited liability company; and SPEEDY SIMULATOR GAMING, LLC, a Wyoming limited liability company,<br><br>　　　　Plaintiffs and Counter-Defendants,<br><br>　　v.<br><br>MEMENTUM LAB, a French company,<br><br>　　　　Defendant and Counterclaimant. | CASE NO. 5:25-cv-10248-NW<br><br>**DECLARATION OF AARON J. MOSS IN SUPPORT OF NOTICE OF MOTION AND MOTION TO MODIFY THE SCHEDULE AND FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**<br><br>Hon. Noël Wise<br><br>Date:　　　　September 16, 2026<br>Time:　　　　9:00 a.m.<br>Courtroom:　　3 |

Mitchell
Silberberg &
Knupp LLP

CASE NO. 5:25-CV-10248-NW

**DECLARATION OF AARON J. MOSS ISO PLAINTIFFS' MOTION TO MODIFY THE SCHEDULE AND FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**

I, Aaron J. Moss, declare:

1.    I am an attorney at law, duly licensed to practice law in the State of California and before the United States District Court for the Northern District of California.  I am, through my professional corporation, a partner in the law firm of Mitchell Silberberg and Knupp LLP, attorneys of record for Plaintiffs and Counter-Defendants Spyder Games LLC and Speedy Simulator Gaming, LLC (collectively, "Plaintiffs") in the above-captioned action.  The facts set forth herein are of my own personal knowledge and if sworn I could and would testify competently thereto under oath.  I submit this declaration in support of the concurrently filed Motion to Modify the Schedule and for Leave to File a First Amended Complaint.

2.    Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' proposed First Amended Complaint.

3.    Attached hereto as **Exhibit B** is a true and correct copy of a redlined version of Plaintiffs' proposed First Amended Complaint, comparing the proposed amended pleading to the prior operative pleading (Dkt. No. 1).

4.    As of the date of this filing, the parties have exchanged initial disclosures and written discovery responses, but no documents have been produced and no depositions have been noticed or taken.

5.    On May 21, 2026, I received a letter from Mementum's counsel, Steven Stein, together with a copy of Mementum's "Covenant Not to Sue" (the "Covenant").  Attached hereto as **Exhibit C** is a true and correct copy of Mr. Stein's May 21, 2026 letter, omitting the exhibits thereto.  Attached hereto as **Exhibit D** is a true and correct copy of the Covenant (including the accompanying "Exhibit A"), which was attached to Mr. Stein's May 21, 2026 letter as Exhibit C.

6.    On May 27, 2026, I sent a letter to Mementum's counsel seeking clarification on the scope of the Covenant, noting that its terms were ambiguous as to whether it released only Plaintiffs' use of the "brainrot" characters (the "Characters") within the video game *Steal a Brainrot* (the "Game"), and asking Mementum to confirm whether the Covenant extended to any use of the Characters in any other product, platform, or medium.

**DECLARATION OF AARON J. MOSS ISO PLAINTIFFS' MOTION TO MODIFY THE SCHEDULE AND FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**

7.      On May 28, 2026, I received an email from Mementum's counsel, Steven Stein, indicating that the Covenant is limited the "brainrot characters identified in Attachment A to the covenant" and to "future or modified versions of the Game." Mementum's counsel further indicated that it intended to move to dismiss for lack of subject matter jurisdiction. Attached hereto as **Exhibit E** is a true and correct copy of Mr. Stein's May 28, 2026 email.

8.      On May 30, 2026, I wrote a letter to Mementum's counsel explaining that the Covenant does not cover the full scope of Plaintiffs' current and imminently planned uses of the Characters, which includes merchandise. I further explained that Plaintiffs have been well-aware, since as early as its cease-and-desist letter, that Plaintiffs' use of the Characters extends beyond the Game. To remove any potential ambiguity in the Complaint, Plaintiffs requested in the letter that Mementum stipulate to an amendment of the Complaint that makes explicit Plaintiffs' use of the Characters outside the Game, including in merchandise, and the controversy over those uses. Attached hereto as **Exhibit F** is a true and correct copy of my May 30, 2026 letter.

9.      Mementum declined to broaden the Covenant. Mementum's counsel also has declined Plaintiffs' request for a stipulation to an amendment of Plaintiffs' Complaint clarifying the scope of Plaintiffs' use. Specifically, on June 18, 2026, I sent Mementum's counsel, Mr. Stein, a copy of Plaintiffs' proposed First Amended Complaint, explaining that the proposed new allegations add details regarding the scope of Plaintiffs' use of the Characters, including the merchandise Plaintiffs sell and the additional characters Mementum identified in its Amended Counterclaims. I asked whether Mementum would stipulate to the filing of the proposed First Amended Complaint. On June 22, 2026, Mr. Stein responded that Mementum is "not inclined to stipulate to leave to amend." Attached hereto as **Exhibit G** is a true and correct copy of such correspondence.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 24th day of June, 2026 at Los Angeles, California.

_____
AARON J. MOSS

Mitchell
Silberberg &
Knupp LLP

3                     CASE NO. 5:25-CV-10248-NW

**DECLARATION OF AARON J. MOSS ISO PLAINTIFFS' MOTION TO MODIFY THE SCHEDULE AND FOR LEAVE TO FILE A FIRST AMENDED**