GREGG A. MARTIN (SBN 135685)
GMartin@ggfirm.com
STEVEN A. STEIN (SBN 287401)
SStein@ggfirm.com
ANDREW P. LUX (SBN 345915)
ALux@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067
Telephone:     310-553-3610
Facsimile:      310-553-0687

Attorneys for Defendant and Counterclaimant
MEMENTUM LAB SAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPYDER GAMES LLC, a Louisiana limited liability company; and SPEEDY SIMULATOR GAMING, LLC, a Wyoming limited liability company, | Case No. 5:25-cv-10248-NW |
| Plaintiffs and Counter-Defendants, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT MEMENTUM LAB SAS' REQUEST FOR A PROTECTIVE ORDER DIRECTING DISCOVERY TO PROCEED UNDER HAGUE CONVENTION PROTOCOLS** |
| v. | |
| MEMENTUM LAB, a French company, | Hon. Susan Van Keulen |
| Defendant and Counterclaimant. | Courtroom:     6 |

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

56669-00002/8137200.2

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Pursuant to Rule 201 of the Federal Rules of Evidence and the Court's July 28, 2028 Order (ECF No. 45), Defendant and Counterclaimant Mementum Lab SAS ("Defendant"), in support of its request that the Court issue a protective order directing that the discovery propounded by Plaintiff and Counter-Defendant Spyder Games LLC on Defendant proceed under Hague Convention protocols (ECF No. 35), requests that the Court take judicial notice of the Declaration of Professor Noëlle Lenoir, submitted in connection with the matter *Kashef v. BNP Paribas, S.A. et al.*, Case No. 1:16-cv-03228-AKH-JW, 2022 WL 1617489, (S.D.N.Y. May 23, 2022), along with the exhibits support her declaration. A true and correct copy of Professor Lenoir's declaration and accompanying exhibits is attached hereto as **Exhibit A**.

DATED:  July 28, 2026

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By: _____

STEVEN A. STEIN (SBN 287401)
Attorneys for Defendant and
Counterclaimant MEMENTUM LAB
SAS

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067