UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPYDER GAMES LLC, a Louisiana limited liability company; and SPEEDY SIMULATOR GAMING, LLC, a Wyoming limited liability company,<br><br>        Plaintiffs and Counter-Defendants,<br><br>    v.<br><br>MEMENTUM LAB, a French company,<br><br>        Defendant and Counterclaimant. | CASE NO. 5:25-cv-10248-NW<br><br>~~[PROPOSED]~~ **ORDER MODIFYING CASE SCHEDULE**<br><br>Hon. Noël Wise |

Mitchell
Silberberg &
Knupp LLP

**~~[PROPOSED]~~ ORDER**

## [~~PROPOSED~~ ORDER]

Pursuant to the Court's July 21, 2026 Order (ECF 42) and upon consideration of the Joint Stipulation Modifying Case Schedule submitted by the parties on July 28, 2026, and good cause appearing therefor,

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| Scheduled Event | Date |
| --- | --- |
| Parties file Amended Pleadings | July 30, 2026 |
| Parties file responses to Amended Pleadings | August 19, 2026 |
| Parties file oppositions to any motions | September 2, 2026 |
| Parties file replies in support of any motions | September 9, 2026 |
| Hearing on motions to dismiss | September 23, 2026 |

| Scheduled Event | Old Date | New Date |
| --- | --- | --- |
| Deadline to Complete ADR | July 30, 2027 | July 30, 2027 |
| Close of Fact Discovery | March 26, 2027 | April 16, 2027 |
| Opening Expert Reports | April 23, 2027 | May 14, 2027 |
| Rebuttal Expert Reports | May 21, 2027 | June 11, 2027 |
| Close of Expert Discovery | June 11, 2027 | July 2, 2027 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: July 2, 2027 **Responses**: July 16, 2027 **Replies**: July 23, 2027 | **Motions**: July 23, 2027 **Responses**: August 6, 2027 **Replies**: August 13, 2027 |
| Hearing on Dispositive and *Daubert* Motions and Status Conference RE: Trial Readiness | August 25, 2027 | September 15, 2027 at 11:00AM |
| Deadline to File Joint Pretrial Statement | October 6, 2027 | October 27, 2027 |
| Final Pretrial Conference | October 20, 2027 | November 10, 2027 |
| Trial | November 8, 2027 | November 29, 2027 |

Mitchell Silberberg & Knupp LLP

CASE NO. 5:25-CV-10248-NW

[~~PROPOSED~~] ORDER

DATED: July 31, 2026

GRANTED

Judge Noël Wise

_____
Honorable Noël Wise
United States District Court Judge

[PROPOSED] ORDER

Mitchell
Silberberg &
Knupp LLP