AARON J. MOSS (190625)
aaron.moss@msk.com
JOSHUA M. GELLER (295412)
josh.geller@msk.com
ARIANA T. ADDO-YOBO (363119)
ata@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs
SPYDER GAMES LLC and
SPEEDY SIMULATOR GAMING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPYDER GAMES LLC, a Louisiana limited liability company; and SPEEDY SIMULATOR GAMING, LLC, a Wyoming limited liability company,<br><br>Plaintiffs and Counter-Defendants,<br><br>v.<br><br>MEMENTUM LAB, a French company,<br><br>Defendant and Counterclaimant. | CASE NO. 5:25-CV-10248-NW<br><br>**DECLARATION OF JANZEN MADSEN**<br><br>Hon. Noël Wise |



Doc ID: 1267cc5fecba1ce49c1e08919b5c2402cff1ed0e

# DECLARATION OF JANZEN MADSEN

I, Janzen Madsen, declare as follows:

1. I am the owner of Janzen IP Co. ("JIP"), which operates and publishes the video game *Plants Vs Brainrots* on the Roblox platform. I am over the age of eighteen, and I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.
2. Attached as **Exhibit A** is a true and correct copy of the "Non-Exclusive Tung Tung Sahur Character License Agreement for Video Game Use" entered into by JIP and Mementum Lab as of October 11, 2025.
3. There are no other agreements relating to the use of Tung Tung Sahur in *Plants Vs Brainrots*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

07 / 10 / 2026

Executed on July ____, 2026, at Nelson ______________, New Zealand.

_________________________________

Janzen Madsen



Doc ID: 1267cc5fecba1ce49c1e08919b5c2402cff1ed0e