# EXHIBIT A

EXHIBIT A

# NON-EXCLUSIVE TUNG TUNG SAHUR CHARACTER LICENSE AGREEMENT FOR VIDEO GAME USE

**This License Agreement (the "Agreement") is entered into by and between:**

The "**LICENSEE**"
Janzen IP Co
NZBN 942905008175226 Valhalla Drive
Richmond, Tasman, New Zealand 7020
Represented by: Janzen Madsen, Director.
(hereinafter referred to as the "LICENSEE"),

and

The "**RIGHTHOLDER**"
**MEMENTUM LAB**
SASU with a capital of 1000 €, registered with the R.C.S of Paris under the number n°B 988 240 214, having its registered office at 60 RUE FRANCOIS IER, 75008 PARIS France, represented by Mr Pierre Pauze, Président.
(hereinafter referred to as the "RIGHTHOLDER"),

Collectively referred to as the "Parties," and individually as a "Party."

RECITALS
WHEREAS, the RIGHTHOLDER holds the proprietary rights over an original fictional character (the "Character"), and

WHEREAS, the LICENSEE desires to use said Character in connection with the development and commercial exploitation of one or more video games,

NOW, THEREFORE, the Parties agree as follows:

**1. Purpose**
The RIGHTHOLDER hereby grants to the LICENSEE a **non-exclusive**, **non-transferable** (except that it shall be sublicensable to Roblox and its affiliates to the extent necessary to integrate the Character into the applicable Roblox experience as contemplated herein), license to use the Character described below for the purposes specified herein:

- **Character Name:** Tung Tung Sahur
- **Author :** Noxa




**2. Scope of Rights**

**2.1. Licensed Rights**
The RIGHTHOLDER grants the LICENSEE the non-exclusive right to use, reproduce, represent, adapt, and integrate the Character into the video game currently distributed under name "Plants Vs Brainrots" (the "Game"). The corresponding store web address is currently:

- https://www.roblox.com/games/127742093697776/ (Roblox)

For the avoidance of doubt, LICENSEE shall be permitted to edit/modify the Character to the extent necessary to integrate in the Game in a manner stylistically consistent with the Game.

**2.2. Territory**
This license is granted for use worldwide.

**2.3. Term and Termination**
This Agreement shall enter into force on the Effective Date and shall remain in effect for an initial fixed term of one (1) year (the "Initial Term").
At the end of the Initial Term, the Agreement shall automatically expire and terminate without any further action required by either Party, unless otherwise agreed in writing.

**3. Compensation**

**3.1. Settlement for Prior and Future Use**
As a full and final settlement for any and all prior and future use, from the Effective Date to the Termination Date of this Agreement, the LICENSEE shall pay to the RIGHTHOLDER a lump sum of **twenty-five thousand euros** (**€ 25 000**), to be paid within fifteen (15) days of the Effective Date of this Agreement. Provided that this payment is made, LICENSEE's use of the Character and rights granted hereunder shall be on a royalty-free basis.

**3.2. Payment Terms**
Payments shall be made in euros, to the bank account designated by the RIGHTHOLDER below:


LegalPlace Pro
Relevé d'identité bancaire

Titulaire: Mementum Lab
60 rue François 1er
75008 Paris

IBAN: FR76 1732 8844 0034 9282 7374 262
BIC: SWNBFR22

| Banque | Agence | Compte | Clé |
|---|---|---|---|
| 17328 | 84400 | 34928273742 | 62 |

Any late payment shall bear interest at a rate of 1.5% per month (or the maximum permitted by law), compounded monthly, from the due date until payment is received.

**4. Representations and Warranties**

**4.1. Ownership**
The RIGHTHOLDER represents and warrants that it holds all necessary rights, licenses, and authority to grant the rights set forth herein and that such use does not infringe upon any third-party rights.

**4.2. Moral Rights**
The LICENSEE shall use the Character in a manner consistent with the moral rights of the original author (if applicable) and shall not distort or misrepresent the Character without the express written consent of the RIGHTHOLDER.

**5. Termination**
Either Party may terminate this Agreement in the event of a material breach by the other Party, provided that the breaching Party fails to cure such breach within thirty (30) days following written notice thereof.

**6. Governing Law and Jurisdiction**
This Agreement shall be governed by and construed in accordance with the laws of France, without regard to conflict of law principles.

Any dispute arising from or in connection with this Agreement shall be submitted to the exclusive jurisdiction of the courts within the jurisdiction of the Paris Court of Appeal, unless amicably resolved.

**7. Electronic Signature**
Pursuant to EU Regulation No. 910/2014 (eIDAS), the Parties agree that this Agreement may be signed electronically through a qualified trust service provider. The electronic signature shall have the same legal effect as a handwritten signature.

**IN WITNESS WHEREOF**, the Parties have executed this Agreement as of October 11th 2025, in two originals or via electronic means.

**THE RIGHTHOLDER**
**Pierre Pauze for MEMENTUM LAB**

Pierre Pauze

Certified by yousign

**THE LICENSEE**
**Janzen Madsen**

Janzen Madsen

Certified by yousign