GREGG A. MARTIN (SBN 135685)
GMartin@ggfirm.com
STEVEN A. STEIN (SBN 287401)
SStein@ggfirm.com
ANDREW P. LUX (SBN 345915)
ALux@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310-553-3610
Facsimile: 310-553-0687

Attorneys for Defendant and Counterclaimant
MEMENTUM LAB SAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SPYDER GAMES LLC, a Louisiana limited liability company; and SPEEDY SIMULATOR GAMING, LLC, a Wyoming limited liability company,

Plaintiffs and Counter-Defendants,

v.

MEMENTUM LAB SAS, a French company,

Defendant and Counterclaimant.

Case No. 5:25-cv-10248-NW

**DECLARATION OF STEVEN A. STEIN IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT MEMENTUM LAB'S MOTION TO DISMISS PLAINTIFFS AND COUNTER-DEFENDANTS' FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF**

Hon. Noël Wise

Date: September 23, 2026
Time: 9:00 a.m.
Courtroom: 3

[*Filed concurrently with Notice of Motion and Motion to Dismiss Plaintiffs' First Amended Complaint; and [Proposed] Order*]

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

**DECLARATION OF STEVEN A. STEIN**

I, Steven A. Stein, declare:

1. I am an attorney at law, duly admitted to practice before all courts in the State of California. I am a partner at Greenberg Glusker Fields Claman & Machtinger LLP, attorneys of record for Defendant and Counterclaimant Mementum Lab SAS. I make this declaration in support of Mementum's Motion to Dismiss the First Amended Complaint ("FAC") filed by Plaintiffs and Counter-Defendants Spyder Games LLC and Speedy Simulator Gaming, LLC (collectively, "Plaintiffs"). The statements contained herein are based on my own personal knowledge and, if called as a witness, I would testify competently to their contents.

2. I caused my office to generate a redline comparing the proposed FAC (ECF 34-2) that Plaintiffs requested leave to file as part of their Motion for Leave on June 24, 2026, and the FAC that Plaintiffs actually filed on July 30 (ECF No. 50). I have reviewed the underlying documents and the redline, and the redline appears accurate. A true and correct copy of the redline is attached as **Exhibit 1.**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th day of August 2026, at Los Angeles, California.

STEVEN A. STEIN